In the Matter of the Appraisal under the Transfer Tax Act of the Estate of MARY A. WEEKS.

THOMAS W. WEEKS, as Executor, Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Weeks*, 109 App. Div. 859, affirmed.
(Submitted April 17, 1906; decided May 1, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1905, which affirmed an order of the Orange County Surrogate's Court assessing a transfer tax upon the estate of Mary A. Weeks, deceased.

*Marshal Stearns* for appellant.

*Henry W. Wiggins* and *George M. Judd* for respondent.

Order affirmed, with costs, on authority of *Matter of Stickney* (185 N. Y. 107).

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.